```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 04875
    JACQUELINE WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7221


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/02/2006 and was confirmed 07/03/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  80.00%.

    The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC      SECURED           8759.98          .00          8759.98
ROUNDUP FUNDING LLC      UNSECURED        10535.70          .00              .00
HOMEQ SERVICING CORP     SECURED NOT I     1250.18          .00              .00
CAPITAL ONE              UNSECURED        NOT FILED         .00              .00
DISCOVER CARD            UNSECURED        NOT FILED         .00              .00
GEVALIA KAFFE            UNSECURED        NOT FILED         .00              .00
B-LINE LLC               UNSECURED          769.68          .00              .00
NATIONWIDE COMMERCIAL LP SECURED            417.42          .00           274.63
CAPITAL ONE AUTO FINANCE UNSECURED         7389.73          .00              .00
GREGORY EMERGENCY PHYS   UNSECURED           188.00         .00              .00
WORLDWIDE ASSET PURCHASI UNSECURED           147.90         .00              .00
HOMEQ SERVICING CORP     CURRENT MORTG         .00          .00              .00
JESSE OUTLAW             DEBTOR ATTY       3,039.00                          .00
TOM VAUGHN               TRUSTEE                                          544.39
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,579.00

PRIORITY                                         .00
SECURED                                     9,034.61
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          544.39
DEBTOR REFUND                                    .00
                       ---------------    ---------------
TOTALS                   9,579.00            9,579.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 04875 JACQUELINE WILLIAMS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE